IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MAYNOR MURILLO-ARGUETA,

   Petitioner,

v.              Case No. 5D18-921

STATE OF FLORIDA,

   Respondent.

_____

Opinion filed April 6, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Tanya M. Dugree, Tampa, for Petitioner.

No Appearance for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the December 20, 2017 order denying Petitioner's amended motion for post-conviction relief, filed in Case Numbers 2012-3986-CF and 2013-1025-CF, in the Fifth Judicial Circuit Court in and for Marion County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

   PETITION GRANTED.

PALMER, WALLIS, and EDWARDS, JJ., concur.